■ FEDERICO FONTANEZ, Respondent, v MARC SAMUEL LAZARUS et al., Defendants, and DAVID BORENSTEIN, M.D., Appellant. [889 NYS2d 844]

In a stipulation so-ordered by the court, any motions by defendants for summary judgment were to be "served and filed" by November 21, 2007, and that while appellant served its motion on November 21, it did not file it until November 30. Accordingly, appellant was required, but failed, to show good cause for the late filing (*Corchado v City of New York*, 64 AD3d 429

[2009]). Concur—Gonzalez, P.J., Mazzarelli, Nardelli, Acosta and Román, JJ.